```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 32789
   JAMES L DAVIS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7170

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/01/2008 and was not confirmed.

     The case was dismissed without confirmation 03/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------

LITTON LOAN SERVICING    MORTGAGE NOTI  NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        3750.85             .00            .00
DRIVE FINANCIAL SERVICES SECURED VEHIC       .00              .00            .00
LITTON LOAN SERVICING    CURRENT MORTG       .00              .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE    4928.47             .00            .00
OCWEN FEDERAL BANK       CURRENT MORTG       .00              .00            .00
OCWEN FEDERAL BANK       MORTGAGE ARRE    7500.00             .00            .00
US BANK                  CURRENT MORTG       .00              .00            .00
US BANK                  MORTGAGE ARRE   38000.00             .00            .00
JP MORGAN CHASE          CURRENT MORTG       .00              .00            .00
JP MORGAN CHASE          MORTGAGE ARRE   21000.00             .00            .00
AMERICAN HONDA FINANCE   UNSECURED      NOT FILED             .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED             .00            .00
NDS CK SVC               UNSECURED        2025.00             .00            .00
OVERLAND BOND & INVESTME UNSECURED      NOT FILED             .00            .00
DEBBIE EARSLEY           NOTICE ONLY    NOT FILED             .00            .00
KENYA COLEMAN            NOTICE ONLY    NOT FILED             .00            .00
KORNELIUS JONES          NOTICE ONLY    NOT FILED             .00            .00
MARLON RIDER             NOTICE ONLY    NOT FILED             .00            .00
MARY JONES               NOTICE ONLY    NOT FILED             .00            .00
WILLIE MAE DANIELS       NOTICE ONLY    NOT FILED             .00            .00
PHILIP A IGOE            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 32789 JAMES L DAVIS
```

```
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                      ---------------     ---------------
TOTALS                                            .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 03/26/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 08 B 32789 JAMES L DAVIS